IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

**FILED**
September 23, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: M. Ramirez
DEPUTY

UNITED STATES OF AMERICA

Plaintiff

v

IMELDA MAGALLANES

Defendant

INFORMATION

**MO:26-MJ-242**

COUNT 1: 18 U.S.C. § 611 – Voting by an Alien in a Federal Election

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**[18 U.S.C. § 611]**

On or about November 5, 2024, in the Western District of Texas, and elsewhere, Defendant,

**IMELDA MAGALLANES,**

an alien, knowing she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, all in violation of Title 18, United States Code Section 611.

JUSTIN R. SIMMONS
United States Attorney

By: ______________________
Jacob R. Parker OBA#32848
Assistant United States Attorney